**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UAB E ENERGIJA, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-02426-CRC |
| ) | |
| THE REPUBLIC OF LATVIA, ) | |
| ) | |
| *Respondent*. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff UAB E Energija hereby voluntarily dismisses this action in its entirety, without prejudice.  The Republic of Latvia has filed neither an answer nor a motion for summary judgment.

DATED:  December 2, 2020                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Alden L. Atkins*

　　　　　　　　　　　　　　　　　　　　　　 Alden L. Atkins (D.C. Bar No. 00393922)
　　　　　　　　　　　　　　　　　　　　　　 Jose F. Sanchez, admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　　 VINSON & ELKINS LLP
　　　　　　　　　　　　　　　　　　　　　　 2200 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　 Suite 500 West
　　　　　　　　　　　　　　　　　　　　　　 Washington, D.C.  20037-1701
　　　　　　　　　　　　　　　　　　　　　　 Telephone:  202-639-6613
　　　　　　　　　　　　　　　　　　　　　　 Facsimile:  202-879-8813
　　　　　　　　　　　　　　　　　　　　　　 Email:  aatkins@velaw.com

　　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020, I caused the foregoing Notice of Voluntary Dismissal to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to counsel or parties of record electronically by CM/ECF, including David Yury Livshiz, Maria Slobodchikova, and Timothy P. Harkness, counsel for the Republic of Latvia.

A copy of the foregoing Notice was also served by email on the following counsel:

>Mr. Noah Rubins QC
>Mr. Ben Juratowitch QC
>Freshfields Bruckhaus Deringer LLP
>2, rue Paul Cézanne
>75008 Paris
>France
>noah.rubins@freshfields.com
>ben.juratowitch@freshfields.com

>*/s/ Alden L. Atkins*
>Alden L. Atkins
>
>*Attorney for Petitioner*